IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | |
| MONDONA RAFIZADEH, § | |
| § | |
| Appellant § | |
| § | CIVIL ACTION NO. H-07-1546 |
| V. § | CIVIL ACTION NO. H-08-2442 |
| § | |
| RODNEY TOW, TRUSTEE, § | |
| § | |
| Appellee. § | |

## ORDER ABATING APPEAL

The joint motion of Mondona Rafizadeh, Appellant, and Rodney Tow, Trustee, Appellee, to abate these appeals is granted. The appeals are abated to permit the parties to seek the Bankruptcy Court's approval of the proposed settlement. The appeals are abated until March 23, 2009.

SIGNED on February 17, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge