IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE:

MONDONA RAFIZADEH, §
 §
      Appellant, §
 §
VS. § CIVIL ACTION NO. 07-1546
 §
RODNEY TOW, TRUSTEE, §
 §
      Appellee. §

## FINAL JUDGMENT

In accordance with the parties' notification of settlement, this action is dismissed with prejudice.

This is a final judgment.

SIGNED on March 27, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge